

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00740-CR

Fernando **CANO-GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CR000427 D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 28, 2018.

_____
Rebeca C. Martinez, Justice